

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. AP-76,363

### Ex parte MICHAEL WAYNE BOHANNAN, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### TARRANT COUNTY

**KELLER, P.J., filed a concurring opinion.**

In *Ex parte Cordova*, a parolee was arrested on a parole revocation warrant, and new criminal charges were pending at the time.[1] There is no suggestion in our opinion in that case that the parolee was being confined on the new charges.[2] In the present case, however, appellant was being confined on the new charge. Whether that difference between the two cases is legally significant is a question to be resolved at another time because, as the Court correctly points out, this case is moot.

Filed: May 11, 2011
Publish

---

[1] *Ex parte Cordova*, 235 S.W.3d 735 (Tex. Crim. App. 2007).

[2] An examination of the writ file in *Cordova* shows that the new charges were in a different county than the county of confinement, the latter of which had issued the parole revocation warrant.